SLIP OPINION

Cite as 2014 Ark. 152

# SUPREME COURT OF ARKANSAS

No. CR-13-1021

| | |
|---|---|
| MICHAEL EVERETT BALL<br>APPELLANT<br><br>V.<br><br>STATE OF ARKANSAS<br>APPELLEE | Opinion Delivered April 3, 2014<br><br>APPELLEE'S MOTION TO DISMISS APPEAL [WASHINGTON COUNTY CIRCUIT COURT, 72CR-10-1933, 72CR-11-57]<br><br>HONORABLE WILLIAM A. STOREY, JUDGE<br><br><u>MOTION GRANTED</u>. |

## PER CURIAM

On November 18, 2013, appellant Michael Everett Ball lodged an appeal in this court from a circuit court order that had denied and dismissed his pro se petition for postconviction relief pursuant to Arkansas Rule of Criminal Procedure 37.1 (2012). The appellee State now asks that the appeal be dismissed for appellant's failure to submit a brief.

Appellant was informed that his brief-in-chief was due here no later than December 30, 2013. As of the date of this opinion, he has not tendered a brief or filed a motion to file a belated brief. He has taken no action to pursue the appeal.

Failure of an appellant who is acting pro se to file a brief in an appeal is cause for dismissal of the appeal. *Farnsworth v. State*, 2013 Ark. 484 (per curiam); *Butler v. Hobbs*, 2012 Ark. 162 (per curiam); *Barker v. Hobbs*, 2011 Ark. 420 (per curiam); *Ingold v. State*, 2009 Ark. 611 (per curiam); *Vickers v. State*, 2009 Ark. 585 (per curiam); *Pineda v. State*, 2009 Ark. 554 (per curiam).

Motion granted.
*Michael Everett Ball*, pro se appellant.
*Dustin McDaniel*, Att'y Gen., by: *David R. Raupp*, Sr. Ass't Att'y Gen., for appellee.